**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

|  |  |  |
|---|---|---|
| **MIGUEL RIVERA** | § | |
| *Plaintiff* | § | |
| | § | |
| **V.** | § | **NO. 5:12-cv-00506** |
| | § | |
| **LOVE, BEAL & NIXON, P.C.** | § | |
| **MIDLAND CREDIT MANAGEMENT,** | § | |
| **INC., ENCORE CAPITAL GROUP** | § | |
| **AND MIDLAND FUNDING, LLC** | § | |
| *Defendants* | | |

## JOINT MOTION TO EXTEND DEADLINES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, under F.R.C.P. 6(b), Plaintiff Miguel Rivera and Defendants Love, Beal & Nixon, P.C., Midland Credit Management, Inc., Encore Capital Group and Midland Funding, LLC ("Defendants") and files their Motion to Extend Deadlines, as follows:

1.      Plaintiff and Defendants are in agreement for additional time to conduct discovery and are requesting the Court to continue the deadlines as outlined as follows:

Completion of Discovery                                        May 15, 2013

Deadline for Rule 26(a)(3) disclosures                       June 1, 2013

Deadline for objections under Rule (26)(a)(3)               June 15, 2013

1

Deadline for the ADR Report is                              May 15, 2013

Deadline for all Motion (including dispositive motions)      June 1, 2013

2.      The Parties had scheduling conflicts that prevented the completion of discovery

by the current deadline.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants pray the Court

enters an order extending deadlines and such other and further relief as the Court deems

appropriate.

RESPECTFULLY SUBMITTED,

**MICHAEL J. ADAMS P.C.**

By: /s/Michael J Adams
MICHAEL J. ADAMS    SB#24038732
C. CADE ADAMS SB#24031684
300 E. SONTERRA BLVD, BLDG 1, STE 1200
SAN ANTONIO, TEXAS 78258
Tel. (210) 858-8360/ Fax (210) 858-8350
Toll Free Tel (877) 223-5462/Toll Free Fax (877)
240-5467
**ATTORNEYS FOR DEFENDANTS**

**WEISBERG & MEYERS, LLC**

By: /s/Joseph Panvini
Joseph Panvini
jpanvini@attorneysforconsumers.com
WEISBERG & MEYERS, LLC
5025 N. Central Ave.
Phoenix, AZ 85012
Telephone:    (888) 595-9111
Facsimile:    (866) 565-1327
**ATTORNEYS FOR PLAINTIFF**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2013, a true and correct copy of the foregoing was served on all parties through the ECF system and their attorneys of record.

/s/ Joseph Panvini_____
Joseph Panvini